# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| John Vincent Hyland, Jr., | : | |
|     Petitioner/Defendant, | : | Civil Action No. 12-647-WS |
| v. | : | Criminal No. 10-297-WS-C |
| United States of America, | : | |
|     Respondent. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 12, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this the 18th day of July, 2013.

                                              **s/WILLIAM H. STEELE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**