IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| John Vincent Hyland, Jr., | : | |
| Petitioner/Defendant, | : | Civil Action No. 12-647-WS |
| v. | : | Criminal No. 10-297-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 96 in Criminal 10-297-WS-C) be and the same hereby is **DENIED** because the claims asserted therein are either foreclosed as a matter of law or, as to the ineffective-assistance-of-counsel claim, the petitioner has made no showing that his rights were violated.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

**DONE** this the 18th day of July, 2013.

                                                   **s/WILLIAM H. STEELE**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**